| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Comic Relief Inc.** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **FDBA   Comic Book Relief**  **FDBA   Comic Relief** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-2057558** |
| 4. | **Debtor's address** | **Principal place of business**  **2300 N. 3rd St.**  **Saint Charles, MO 63301**  Number, Street, City, State & ZIP Code  **Saint Charles**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Comic Relief Inc.**  _____   Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **Comic Relief Inc.**  Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor  **Comic Relief Inc.** _____  Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Comic Relief Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 12, 2023**
MM / DD / YYYY

**X /s/ Michael Hetzler**       **Michael Hetzler**
Signature of authorized representative of debtor      Printed name

Title

**18. Signature of attorney**

**X /s/ Thomas H. Riske**       Date **May 12, 2023**
Signature of attorney for debtor      MM / DD / YYYY

**Thomas H. Riske 61838**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone **314-854-8600**      Email address **thr@carmodymacdonald.com**

**61838 MO**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Comic Relief Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 12, 2023**    X **/s/ Michael Hetzler**
Signature of individual signing on behalf of debtor

**Michael Hetzler**
Printed name

_____
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **Comic Relief Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Archway Industrial Coating Floor**<br>**92 MB Corporate Park Court**<br>**Saint Charles, MO 63301** | | | | | | **$4,770.00** |
| **Capital One**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272** | | **Credit Card** | | | | **$7,700.00** |
| **Charter Media**<br>**P.O. Box 957926**<br>**Accounts Receivable**<br>**Saint Louis, MO 63195** | | | | | | **UNKNOWN** |
| **Higgins Electric**<br>**P.O. Box 218**<br>**806 South Sturgeon**<br>**Montgomery City, MO 63361** | | **Electrician** | | | | **$20,000.00** |
| **Janiking**<br>**11960 Westline Industrial Drive, #363**<br>**Saint Louis, MO 63146** | | | | | | **$200.00** |
| **Liberis US Inc.**<br>**675 Ponce de Leon Ave. NE**<br>**Suite 7500**<br>**Atlanta, GA 30308** | | | | | | **$39,600.00** |

Debtor **Comic Relief Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Loan Builder/Paypal/Swift Finanical Attn: Bankruptcy Notice 3505 Silverside Rd. Wilmington, DE 19810** | | | | | | $40,000.00 |
| **Popfun Merchandising LLC P.O. Box 311 Shrewsbury, MA 01545** | | | | | | $600.00 |
| **Premier Copier aka LEAF P.O. Box 5066 Hartford, CT 06102** | | **3 Copiers** | | $149,000.00 | $0.00 | $89,000.00 |
| **Premier Copier aka Marlin Capital Solutions 7443 S. Tucson Way, Ste. 170 Centennial, CO 80122** | | **3 Copiers** | | $149,000.00 | $0.00 | $89,000.00 |
| **Premier Design Group 100 Midland Park Dr. Wentzville, MO 63385** | | **Architect** | | | | $6,000.00 |
| **RK Builders 20 Allen Ave., Ste. 420 Webster Groves, MO 63119** | | **Contractor** | | | | $40,000.00 |
| **Small Business Association 1545 Hawkins Blvd., Ste. 202 El Paso, TX 79925-2652** | | **Economic Injury Disaster Loan** | | | | $21,000.00 |
| **Small Business Association SBA Disaster Loan Service Center 1545 Hawkins Blvd., Ste. 202 El Paso, TX 79925-2652** | | | | | | $5,832.00 |

Debtor **Comic Relief Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sunnyside Nursery<br>268689 Sunnyside Road<br>Warrenton, MO 63383** | | **Landscape** | | | | $3,000.00 |
| **Wehmeier Drywall and Paint<br>1233 Highway P<br>O Fallon, MO 63366** | | **Professional Services** | | | | $14,000.00 |

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Comic Relief Inc.**
Debtor(s)

Case No.
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __2__ page(s) and is true, correct and complete.

/s/ Michael Hetzler
**Michael Hetzler**/
Signer/Title

Dated:  **May 12, 2023**

```
Archway Industrial Coating Floor
92 MB Corporate Park Court
Saint Charles, MO 63301

Aspen Waste Systems Inc
13710 Green Ash Court
Earth City, MO 63045

Capital One
P.O. Box 71083
Charlotte, NC 28272

Charter Media
P.O. Box 957926
Accounts Receivable
Saint Louis, MO 63195

Higgins Electric
P.O. Box 218
806 South Sturgeon
Montgomery City, MO 63361

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Janiking
11960 Westline Industrial Drive, #363
Saint Louis, MO 63146

Liberis US Inc.
675 Ponce de Leon Ave. NE
Suite 7500
Atlanta, GA 30308

Loan Builder/Paypal/Swift Finanical
Attn: Bankruptcy Notice
3505 Silverside Rd.
Wilmington, DE 19810

Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105

OOMA Phone
525 Almanor Ave., Ste. 200
Sunnyvale, CA 94085

Popfun Merchandising LLC
P.O. Box 311
Shrewsbury, MA 01545
```

```
Premier Copier
aka Marlin Capital Solutions
7443 S. Tucson Way, Ste. 170
Centennial, CO 80122

Premier Copier
aka LEAF
P.O. Box 5066
Hartford, CT 06102

Premier Design Group
100 Midland Park Dr.
Wentzville, MO 63385

RK Builders
20 Allen Ave., Ste. 420
Webster Groves, MO 63119

Small Business Association
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925-2652

Small Business Association
SBA Disaster Loan Service Center
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925-2652

Sunnyside Nursery
268689 Sunnyside Road
Warrenton, MO 63383

Wehmeier Drywall and Paint
1233 Highway P
O Fallon, MO 63366
```